No. 10–1327. KIVISTO v. FLORIDA BAR, 563 U. S. 1034. Motion to defer consideration and motion for leave to file petition for rehearing denied.

NOVEMBER 4, 2011

No. 09–958. DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL. (two judgments);
No. 09–1158. DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. CALIFORNIA PHARMACISTS ASSN. ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. CALIFORNIA HOSPITAL ASSN. ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. INDEPENDENT LIVING CENTER OF SOUTHERN CALIFORNIA, INC., ET AL.; DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. DOMINGUEZ, BY AND THROUGH HER MOTHER AND NEXT FRIEND BROWN, ET AL.; and
No. 10–283. DOUGLAS, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES v. SANTA ROSA MEMORIAL HOSPITAL ET AL. C. A. 9th Cir. [Certiorari granted *sub nom.* in No. 09–958, *Maxwell-Jolly* v. *Independent Living Center of Southern Cal., Inc.;* in No. 09–1158, *Maxwell-Jolly* v. *California Pharmacists Assn.; Maxwell-Jolly* v. *California Hospital Assn.; Maxwell-Jolly* v. *Independent Living Center of Southern Cal.,*

*Inc.; Maxwell-Jolly* v. *Dominguez;* in No. 10–283, *Maxwell-Jolly* v. *Santa Rosa Memorial Hospital,* 562 U. S. 1177.] The parties and the Solicitor General are directed to file supplemental briefs addressing the following question: "What should be the effect, if any, of the developments discussed in the letter submitted by the Solicitor General on October 28, 2011, on the proper disposition of this case?" Briefs, in letter format, limited to 10 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Friday, November 18, 2011.